

FILED
IN OPEN COURT

FEB 1 0 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:26CR 19 |
| | ) | |
| v. | ) | 18 U.S.C. §2422(b) |
| | ) | Attempted Coercion and Enticement of a Child |
| | | (Count 1) |
| | ) | |
| CHRISTOPHER CHARLES COLLINS | ) | |
| | ) | 18 U.S.C. §2252A (a)(2) |
| | ) | Receipt of Child Pornography |
| Defendant. | ) | (Counts 2-6) |
| | ) | |
| | ) | 18 U.S.C. §1001 |
| | ) | Making Materially False Statements to an Agent of the United States |
| | ) | (Count 7) |
| | ) | |
| | ) | 18 U.S.C. §§ 2428 & 2253 |
| | ) | Forfeiture |

## INDICTMENT

February 2026 Term - At Newport News, Virginia

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about October 28, 2025, in the Eastern District of Virginia, the defendant, CHRISTOPHER CHARLES COLLINS, did use use facilities and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

## COUNT TWO

THE GRAND JURY CHARGES THAT:

On or about August 11, 2025, in the Eastern District of Virginia, the defendant, CHRISTOPHER CHARLES COLLINS, knowingly received material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "e63d2a50-7707-11f0-865e-b3cffe2423cf.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated anal-genital sexual intercourse between an adult male and a minor female prepubescent child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 4, 2025, in the Eastern District of Virginia, the defendant, CHRISTOPHER CHARLES COLLINS, knowingly received material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "8c7b3480-897c-11f0-bd5b-c36c94801932.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated sadistic and masochistic abuse and genital-genital sexual intercourse between an adult male and a minor female prepubescent child,  that had been mailed and using any means

and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)


## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 6, 2025, in the Eastern District of Virginia, the defendant, CHRISTOPHER CHARLES COLLINS, knowingly received material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "d43120e280d4607e51b7f8c5505571de092f2a0d7898fb239057d9fc2eb8899," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated oral-genital sexual intercourse between an adult male and a minor female prepubescent child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)


## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 16, 2025, in the Eastern District of Virginia, the defendant, CHRISTOPHER CHARLES COLLINS, knowingly received material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "be7df65da01bdf4f5bd0add2d0665b4baafadebdbf65113eb65f40590a52833," depicting a minor

engaging in sexually explicit conduct, specifically, actual and simulated genital-genital sexual intercourse between an adult male and a minor female prepubescent child and oral-genital sexual intercourse between a minor female prepubescent child and an adult male, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 16, 2025, in the Eastern District of Virginia, the defendant, CHRISTOPHER CHARLES COLLINS, knowingly received material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "9f69701fcb1c73886f27f59f73b27e4fc3b5d66195af141ef5c2a0bb7113dbce," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated anal-genital sexual intercourse between an adult male and a minor female prepubescent child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

From on or about June 1 2025 to on or about June 30, 2025, in the Eastern District of

Virginia, CHRISTOPHER CHARLES COLLINS, the defendant, did knowingly and willfully make a false, fictitious and fraudulent material statement and representation, and to falsify, cover up by trick, scheme, and device a material fact, in a matter within the jurisdiction of the Judicial branch of the United States Government, to wit: the United States Probation Office, in that he knowingly and falsely denied that had unauthorized access to the Internet and that he viewed pornography. At the time, CHRISTOPHER CHARLES COLLINS provided this statement to the United States Probation Officer, CHRISTOPHER CHARLES COLLINS then and there well knew that he had unauthorized access to the Internet and that he viewed pornography.

(In violation of Title 18, United States Code, Section 1001).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.    Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of the violation alleged in Count 1 of this Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

    a.    any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and

    b.    any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

2.    Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of any of the violations alleged in Counts 2 through 6 of this Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

    a.    any and all matter which contains child pornography or any visual depiction

described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

b.       any and all property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property; and

c.       any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*.

2.       If any property that is subject to forfeiture above it not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3.       The property subject to forfeiture includes, but is not limited to, the following:

*       Apple iPhone with IMEI number 350168831034757.

(In accordance with Title 18, United States Code, Sections 2428(a) and 2253(a)).

UNITED STATES v. CHRISTOPHER CHARLES COLLINS
Criminal No.: 4:26cr 9

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON


TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL


_____
Lisa R. McKeel
Assistant United States Attorney