**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

| **Place of Offense:** | | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | **Criminal Number:** |
| County/Parish: | Same Defendant: | | **New Defendant:** |
| | Magistrate Judge Case Number: | | |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____. | | |

## Defendant Information:

| Juvenile: Yes ☐  No ☒ | **FBI#:** 622461LE8 | |
|---|---|---|
| **Defendant Name:** CHRISTOPHER CHARLES COLLINS | | **Alias Name(s):** |
| **Address:**  NEWPORT NEWS, VA 23661 | | |
| **Employment:** | | |
| Birth Date: 1986 | SS#: 2260 | Sex: M | Race: | Nationality: | Place of Birth: |
| Height: | Weight: lbs | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐  No ☒ | List Language and/or dialect: | |

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA Lisa R. McKeel | Telephone No. 757-591-4040 | Bar #: 28652 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

NNPD/HSI, TFA Patrice Renee Guillory, 757-510-5470

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Child | 1 | Felony |
| Set 2 | 18 U.S.C. § 2252A (a)(2) | Receipt of Child Pornography | 2 - 6 | Felony |
| Set 3 | 18 U.S.C. §1001 | Making Materially False Statements to an Agent of the United States | 7 | Felony |
| Set 4 | 18 U.S.C. §§ 2428 & 2253 | Forfeiture | | |